DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MIGUEL ANGEL ARIAS,

Appellant,

v.

LAURA ANN ARIAS,

Appellee.

No. 2D20-2915

_____

September 8, 2021

Appeal from the Circuit Court for Hillsborough County; Alissa
Ellison, Judge.

Miguel Angel Arias, pro se.

Peter N. Macaluso of Law Office of Peter N. Macaluso, Tampa, for
Appellee.


PER CURIAM.

       Affirmed.

SLEET, ATKINSON, STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.